*E-Filed 5/9/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAREK MOLSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LA ROCHELLE, et al., <br><br> Defendants. <br>_____/ | Case No. C04-01985 HRL <br><br> **ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The court is informed that this case has been settled. Accordingly, all trial and pretrial dates are vacated.

**On or before June 3, 2005**, the parties shall file a dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **June 14, 2005 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a joint statement in response to this Order to Show Cause **no later than June 7, 2005**. The statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

//

//

1  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

2  vacated and the parties need not file a statement in response to this order.

3  **IT IS SO ORDERED.**

4  Dated: 5/9/05                                    /s/ Howard R. Lloyd
                                                    HOWARD R. LLOYD
5                                                   UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Steven A. Ellenberg    sellenberg@rubyschofield.com

Thomas E. Frankovich    tfrankovich@disabilitieslaw.com

Thuy Minh-Ha Hoang    thoang@disabilitieslaw.com,

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 5/9/05

                                        /s/ KWN
Chambers of Magistrate Judge Howard R. Lloyd

3