THOMAS E. FRANKOVICH (State Bar #074414)
JESSICA A. DAYTON (State Bar #231698)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
2806 Van Ness Avenue                                 *E-filed 7/29/05*
San Francisco, CA   94109
Telephone:     415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiffs
JAREK MOLSKI
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, | **CASE NO. C 04-1985 HRL**<br><br>**STIPULATION OF DISMISSAL** |
|      Plaintiffs, | |
| v. | |
| LA ROCHELLE; DANIEL P. MIRASSOU, JAMES L. MIRASSOU and PETER M. MIRASSOU, dba LA ROCHELLE, | |
|      Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement"), each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

1      Therefore, IT IS HEREBY STIPULATED by and between parties to this action

2 through their designated counsel that the above-captioned action be and hereby is dismissed

3 with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4      This stipulation may be executed in counterparts, all of which together shall constitute

5 one original document.

6 DATED: July 26, 2005           THOMAS E. FRANKOVICH,
                                    *A PROFESSIONAL LAW CORPORATION*

7

8

9                                   By: _____/s/_____
                                      Jessica A. Dayton

10                                     Attorneys for Plaintiffs JAREK MOLSKI and
                                    DISABILITY RIGHTS ENFORCEMENT,

11                                     EDUCATION SERVICES: HELPING YOU HELP
                                    OTHERS

12

13 DATED: July 26, 2005           SCHAFFER, LAX, McNAUGHTON & CHEN

14

15                                     By: _____/s/_____
                                      Russell A. Franklin

16                                     Attorneys for Defendants defendants DANIEL P.
                                    MIRASSOU, JAMES L. MIRASSOU and PETER

17                                     M. MIRASSOU, dba LA ROCHELLE

18                                 **ORDER**

19

20      IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to

21 Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for

22 the purpose of enforcing the parties' Settlement Agreement and General Release should such

23 enforcement be necessary, until May 1, 2006.

24

25 Dated: _____7/28_____, 2005

26

27                                   /s/ Howard R. Lloyd
                                  Hon. Howard R. Lloyd

28                                     UNITED STATE ~~DISTRICT~~ JUDGE
                                    Magistrate